UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUTARCO SANTOS,

                              Plaintiff,

              -against-

ROSA LOPEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2019

18 Civ. 5215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that a case management conference shall be held in this case on **December 11, 2019,** at **10:40 a.m.** By **December 4, 2019,** the parties shall file their joint status report.

The Clerk of Court is directed to mail a copy of this order to Defendant *pro se.*

SO ORDERED.

Dated: November 13, 2019
       New York, New York

ANALISA TORRES
United States District Judge