UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUTARCO SANTOS,

                              Plaintiff,

              -against-

ROSA LOPEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019

18 Civ. 5215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 13, 2019, the Court ordered the parties to file their joint status report in advance of the case management conference by December 4, 2019.  ECF No. 61.  This submission is now overdue.  Accordingly, it is hereby ORDERED that the parties shall submit their letter by **December 9, 2019**.

The Clerk of Court is directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated:  December 5, 2019
        New York, New York

_____
ANALISA TORRES
United States District Judge