UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUTARCO SANTOS,

                Plaintiff,

-against-

ROSA LOPEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

18 Civ. 5215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 10, 2019, the Court ordered the parties to submit a joint status report by January 2, 2020, in advance of the case management conference scheduled for January 9, 2020, at 2:20 p.m. ECF No.65. That submissions is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint status letter by **12:00 p.m.** on **January 8, 2020**.

    The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

ANALISA TORRES
United States District Judge