UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

PLUTARCO SANTOS,

                     Plaintiff,

      -against-

ROSA LOPEZ,

                  Defendant.

18 Civ. 5215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 7, 2020, the Court ordered the parties to file their joint status report in advance of the case management conference by January 23, 2020. ECF No. 68. This submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their letter by **12:00 p.m.** on **January 28, 2020**.

The Clerk of Court is directed to mail a copy of this order to the Defendant *pro se*.

SO ORDERED.

Dated: January 27, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge