```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLUTARCO SANTOS,

                Plaintiff,

-against-

ROSA LOPEZ,

                Defendant.

18 Civ. 5215 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 30, 2020, this Court set this matter for a bench trial to commence on July 6, 2020. ECF No. 71. The Court ordered the parties to submit a joint pretrial order by May 22, 2020. *Id.* at 1. That submission is now overdue by 10 days.

    Accordingly, it is hereby ORDERED that the parties shall submit their joint pretrial order by **June 5, 2020**.

    Moreover, in light of the COVID-19 pandemic, it is likely that the bench trial will have to proceed via videoconference. Accordingly, it is further ORDERED that the joint pretrial order shall also include a statement as to each parties' capabilities to proceed with the trial over video conference. In other words, the parties should state whether, on the date of trial, they will have access to a reliable internet connection and a computer with a camera.

    SO ORDERED.

Dated: June 1, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge