```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PLUTARCO SANTOS,

                              Plaintiff,

              -against-                              18 Civ. 5215 (AT)

ROSA LOPEZ,                                          ORDER

                              Defendant.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020
```

ANALISA TORRES, District Judge:

On January 30, 2020, this Court set this matter down for a bench trial to commence on July 6, 2020. Pretrial Order at 2, ECF No. 71. The Court ordered the parties to submit a joint pretrial order by May 22, 2020. *Id.* at 1. That submission being overdue, the Court ordered the parties to submit their joint pretrial order by June 5, 2020. That submissions is also overdue.

Accordingly, it is hereby ORDERED that the parties shall submit their joint pretrial order by **June 13, 2020**.

Moreover, in light of the COVID-19 Pandemic, it is highly likely that the bench trial may have to proceed over video. Accordingly, it is further ORDERED that the joint pretrial order, due on May 22, shall also include a statement as to each parties' capabilities to proceed with the trial over video conference. In other words, the statements should state whether the parties, on the date of trial, will have access to reliable internet connection and computer with a camera.

Finally, the parties are warned that further noncompliance with this Court's orders may result in the Court dismissing the case, *sua sponte*, for failure to prosecute and comply with numerous court orders. *See Mahone v. City of New York*, No. 13 Civ. 8014, 2015 WL 427422, at *2 (S.D.N.Y. Feb. 2, 2015).

SO ORDERED.

Dated: June 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge